ROBERTS et al. v. CHERRY CHEER CO. (Circuit Court of Appeals, Eighth Circuit. February 12, 1915.) No. 4334. Appeal from the District Court of the United States for the Eastern District of Missouri; David P. Dyer, Judge. Suit by the Cherry Cheer Company against Ezekiel M. Roberts, in which Ezekiel M. Roberts and another filed a cross-complaint. From a decree in favor of complainant, the defendant and cross-complainants appeal. Af-

firmed. A. R. Russell, of St. Louis, Mo. (Frumberg & Russell, of St. Louis, Mo., on the brief), for appellants. Luke E. Hart and Paul Bakewell, both of St. Louis, Mo., for appellee. Before SANBORN, HOOK, and CARLAND, Circuit Judges.

PER CURIAM. Upon a consideration of the record and the arguments and briefs of counsel, the court is of the opinion that the decree below was right, and it is affirmed.